```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 23106
   JOHN DINUZZO
   KIMBERLY DINUZZO                       CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0778    SSN XXX-XX-9563

-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 06/17/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/16/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
MEADOWS CREDIT UNION       SECURED            9012.50     1460.82        9012.50
MEADOWS CREDIT UNION       UNSECURED          3966.43        .00          396.64
WASHINGTON MUTUAL          CURRENT MORTG         .00         .00             .00
WASHINGTON MUTUAL          MORTGAGE ARRE      1332.24        .00         1332.24
ST ALEXIUS MEDICAL CENTE   UNSECURED           125.00        .00           12.50
CB ACCOUNTS                UNSECURED         NOT FILED       .00             .00
CENTEGRAL HEALTH SYSTEM    UNSECURED         NOT FILED       .00             .00
CHARTER ONE BANK           UNSECURED         NOT FILED       .00             .00
SALVATORE SPINELLI ESQ     NOTICE ONLY       NOT FILED       .00             .00
CHARTER ONE BANK           UNSECURED         NOT FILED       .00             .00
SALVATORE SPINELLI ESQ     NOTICE ONLY       NOT FILED       .00             .00
PEDIATRIC CARE ASSOC       UNSECURED         NOT FILED       .00             .00
COMCAST                    UNSECURED         NOT FILED       .00             .00
CARD PROTECTION ASSOC      NOTICE ONLY       NOT FILED       .00             .00
COMMONWEALTH EDISON        UNSECURED          2791.65        .00           279.17
DISH NETWORK               UNSECURED         NOT FILED       .00             .00
DUPAGE MEDICAL GROUP       UNSECURED         NOT FILED       .00             .00
HARRIS & HARRIS            UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP      UNSECURED           486.55        .00            48.66
ECAST SETTLEMENT CORP      UNSECURED           844.51        .00            84.45
NICOR GAS                  UNSECURED          1655.50        .00           165.55
PROVENA ST MARYS HOSPITA   UNSECURED         NOT FILED       .00             .00
RADIOLOGICAL CON OF WOOD   UNSECURED         NOT FILED       .00             .00
STREAMWOOD HIGH SCHOOL     UNSECURED         NOT FILED       .00             .00
UNIVERSAL DATA SERV        UNSECURED         NOT FILED       .00             .00
VERIZON WIRELESS           UNSECURED           634.19        .00            63.42
BUREAU OF COLLECTION REC   NOTICE ONLY       NOT FILED       .00             .00
VERIZON WIRELESS           UNSECURED           434.81        .00            43.48
PROGRESSIVE MANAGEMENT S   NOTICE ONLY       NOT FILED       .00             .00
WEXLER & WEXLER            UNSECURED         NOT FILED       .00             .00
ZIMMERMAN SMITH & KOSTEL   UNSECURED         NOT FILED       .00             .00
VILLAGE OF STREAMWOOD      SECURED              35.97      11.67            35.97
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23106 JOHN DINUZZO & KIMBERLY DINUZZO

```
WASHINGTON MUTUAL HOME L  COST OF COLLE      74.23           .00         74.23
WASHINGTON MUTUAL HOME L  COST OF COLLE     120.35           .00        120.35
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,555.20                    2,555.20
TOM VAUGHN                TRUSTEE                                       865.79
DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               16,562.64

PRIORITY                                            .00
SECURED                                       10,575.29
    INTEREST                                   1,472.49
UNSECURED                                      1,093.87
ADMINISTRATIVE                                 2,555.20
TRUSTEE COMPENSATION                             865.79
DEBTOR REFUND                                       .00
                   ---------------       ---------------
TOTALS                16,562.64             16,562.64
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/29/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
      CASE NO. 04 B 23106 JOHN DINUZZO & KIMBERLY DINUZZO